UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80548-CIV-RYSKAMP/VITUNAC

AHC - THE HEALTHCARE RECEIVABLES
MANAGEMENT COMPANY, INC.,

    Plaintiff,

V.

LAWRENCE A. REID and.
REID SMITH GROUP, LLC,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

THIS CAUSE comes before the Court pursuant to Plaintiff's Motion For Expedited Discovery, filed May 29, 2008 **[DE 3]**.  It is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  Plaintiff may serve its proposed written discovery on Defendants immediately.  Defendants shall serve their responses on Plaintiff within five days after service.  Further, Defendant Lawrence A. Reid shall submit to deposition by Plaintiff, and Defendant Reid Smith Group, LLC shall appoint a corporate representative to be deposed by Plaintiff, as soon as practicable, but in no case later than two weeks from the date of entry of this Order.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 30th day of May, 2008.

                                            S/Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE