**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 08-80548-CIV-RYSKAMP/VITUNAC

AHC - THE HEALTHCARE RECEIVABLES
MANAGEMENT COMPANY, INC.,

      Plaintiff,

V.

LAWRENCE A. REID and
REID SMITH GROUP, LLC,

      Defendants.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court pursuant to the parties' Rule 41 Stipulation of

Dismissal Without Prejudice, filed June 25, 2008 **[DE 5]**.  It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITHOUT

PREJUDICE with each party to bear its own costs and attorneys' fees.  The Clerk of Court shall

CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 25th day of June,

2008.

                              S/Kenneth L. Ryskamp
                              KENNETH L. RYSKAMP
                              UNITED STATES DISTRICT JUDGE